UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ABDOULAYE II DIALLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00403-JRO-MJD |
| | ) | |
| SAMUEL OLSON, | ) | |
| MARKWAYNE MULLIN, | ) | |
| TODD BLANCHE, | ) | |
| WARDEN DOE, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER REGARDING MOTION TO APPEAR *PRO HAC VICE***

Counsel for Petitioner filed a Motion to Appear *Pro Hac Vice* on the same day the

Petition was filed. [Dkt. 2.]  Three days later this matter was transferred to the Western District

of Missouri.  [Dkt. 8.]  In light of that transfer, the case is no longer pending in this district and

the Motion to Appear *Pro Hac Vice* [Dkt. 2] is effectively moot.  Accordingly, the **Clerk is**

**directed** to terminate the motion at Docket No. 2 and to refund the $100.00 *pro hac vice*

admission fee to counsel for Petitioner.

SO ORDERED.

Dated:  16 JUN 2026

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

Finance Office